UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Claim No: 2010A22915/2010A22924/2011A01827 |
| | § | |
| vs. | § | |
| | § | |
| Ronald T. Regalado | § | |

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

### Venue

2. The defendant is a resident of Saginaw County, Michigan within the jurisdiction of this Court and may be served with service of process at 945 N. Center Road, Saginaw, Michigan 48638.

### The Debt

#### First Cause of Action - Claim Number: 2010A22915

3. The debt owed the USA is as follows:

| | |
|---|---:|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $2,064.09 |
| B. Current Capitalized Interest Balance and Accrued Interest | $1,153.54 |
| C. Administrative Fee, Costs, Penalties | $0.00 |

| | |
|---|---:|
| D. Credits previously applied *(Debtor payments, credits, and offsets)* | $0.00 |
| E. Attorneys fees | $0.00 |
| **Total Owed – Claim Number 2010A22915** | **$3,217.63** |

Second Cause of Action - Claim Number: 2010A22924

4. The debt owed the USA is as follows:

| | |
|---|---:|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $2,064.09 |
| B. Current Capitalized Interest Balance and Accrued Interest | $1,542.49 |
| C. Administrative Fee, Costs, Penalties | $0.00 |
| D. Credits previously applied *(Debtor payments, credits, and offsets)* | $0.00 |
| E. Attorneys fees | $0.00 |
| **Total Owed – Claim Number 2010A22924** | **$3,606.58** |

Third Cause of Action - Claim Number: 2011A01827

5. The debt owed the USA is as follows:

| | |
|---|---:|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $4,128.27 |
| B. Current Capitalized Interest Balance and Accrued Interest | $2,307.20 |
| C. Administrative Fee, Costs, Penalties | $0.00 |
| D. Credits previously applied *(Debtor payments, credits, and offsets)* | $0.00 |
| E. Attorneys fees | $0.00 |
| **Total Owed – Claim Number 2011A01827** | **$6,435.47** |
| **TOTAL OWED (Claim Numbers 2010A22915/2010A22924/2011A01827)** | **$13,259.68** |

The Certificates of Indebtedness, attached as Exhibits "A", "B", and "C", show the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the respective Certificates of Indebtedness, are correct as of the date of the Certificates of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 3.280% per annum or $0.18 per day on Claim Number 2010A22915, 3.280% per annum or $0.18 per day on Claim Number 2010A22924, and 3.270% per annum or $0.36 per day on Claim Number 2011A01827.

### Failure to Pay

6. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, USA prays for judgment:

A. For the sums set forth in paragraphs 3, 4, and 5 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

Respectfully submitted,

By: s/Charles J. Holzman (P35625)
Holzman Corkery, PLLC
Attorneys for Plaintiff
Tamara Pearson (P56265)
28366 Franklin Road
Southfield, Michigan 48034
(248) 352-4340
usa@holzmanlaw.com

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS #1 OF 1

Ronald T. Regalado
945 North Center Rd.
Saginaw, MI 48638-5866
Account No. XXX

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 09/16/10.

On or about 06/08/95, 11/06/95 and 08/15/96, the borrower executed promissory note(s) to secure loan(s) of $3,500.00, $1,750.00 and $3,500.00 from Second National Bank and Citizen's Bank (Columbus, OH). This loan was disbursed for $1,750.00 on 08/01/95, $1,750.00 on 12/11/95 through 03/04/96 and $3,500.00 on 10/10/96 through 12/11/96, at a variable rate of interest to be established annually by the Department of Education. The loan obligation was guaranteed by Great Lakes Higher Education Corporation, and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $140.00 to the outstanding principal owed on the loan. The borrower defaulted on the obligation on 09/10/00, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $8,116.47 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the borrower. The guarantor was unable to collect the full amount due, and on 09/20/06, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $ 8,256.45 |
| Interest: | $ 4,117.06 |
| Total debt as of 09/16/10: | $12,373.51 |

Interest accrues on the principal shown here at the current rate of 3.27 percent and a daily rate of $0.74 through June 30, 2011, and thereafter at such rate as the Department establishes pursuant to section 427A of the Higher Education Act of 1965, as amended, 20 U.S.C. 1077a.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 9/24/10

Laura Brown
Loan Analyst
Litigation Support

# Application and Promissory Note for Federal Stafford Loans (subsidized and unsubsidized)

GREAT LAKES HIGHER EDUCATION CORP. — 94

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 U.S.C. 1097.

## Borrower Section

*Please print neatly or type. Read the instructions carefully.*

1. Last Name: **Regalado**  First Name: **Ronald**  MI: **T**
2. Social Security Number: [redacted]
3. Permanent Street Address: **554 S. 21st**
4. Telephone Number: **(517) 754-2081**
5. Loan Period (Month/Year): From **8/95** To **4/96**
   City: **Saginaw**  State: **MI**  Zip Code: **48601**
6. Driver's License Number:
7. Lender Name: **Second National Bank**  City: **P.O. Box 4640**  State: **E. Lansing, MI**  Zip Code: **48826-4640**
8. Lender Code, if known:
9. Date of Birth: [redacted] /39

10. References:
    1. Name: **William Regalado**
       Permanent Address: **328 West**
       City, State, Zip Code: **San Jose, CA 95116**
       Area Code/Telephone:
       Relationship to Borrower: **Father**
    2. Name: **Mary Martinez**
       Permanent Address: **War Admiral Ave**
       City, State, Zip Code: **CA 95111**
       Relationship to Borrower: **Sister**

Stamp: "I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL PROMISSORY NOTE."
SIGNATURE: [signature]
TITLE: COLLECTION SUPPORT SR. SUPERVISOR
DATE: AUG 1 7 [year]

## Loan Assistance Requested

11. I request the following loan type(s), to the extent I am eligible: [x] a. Subsidized Federal Stafford   [ ] b. Unsubsidized Federal Stafford
12. I request a total amount under these loan types not to exceed: **$ 3,500.00**
13. If I check yes, I am requesting postponement (deferment) of repayment for my Stafford and prior SLS loan(s) during the in-school and grace periods. [x] a. Yes, I want a deferment   [ ] b. No, I do not want a deferment
14. If I check yes, I am requesting that the lender add the interest on my unsubsidized Stafford and prior SLS loan(s) which accrues during the in-school and deferment periods, to my loan principal (capitalization). [ ] a. Yes, I want my interest capitalized   [ ] b. No, I prefer to pay the interest
15. If my school participates in electronic funds transfer (EFT), I authorize the school to transfer the loan proceeds received by EFT to my student account. [x] a. Yes, transfer funds   [ ] b. No, do not transfer funds

## Promissory Note

*Continued on the reverse side.*

**Promise to Pay:** I promise to pay to the lender, or a subsequent holder of this Promissory Note, all sums disbursed (hereafter "loan" or "loans") under the terms of this Note, plus interest and other fees which may become due as provided in this Note. If I fail to make payments on this Note when due, I will also pay reasonable collection costs, including attorney's fees, court costs, and collection fees. I understand I may cancel or reduce the size of any loan by refusing to accept any disbursement that is issued. I understand that this is a Promissory Note. I will not sign this Note before reading it, including the writing on the reverse side, even if otherwise advised. I am entitled to an exact copy of this Promissory Note and the Borrower's Rights and Responsibilities. My signature certifies I have read, understand, and agree to the terms and conditions of this Application and Promissory Note, including the Borrower Certification and Authorization printed on the reverse side and the accompanying Borrower's Rights and Responsibilities statement.

**THIS IS A LOAN(S) THAT MUST BE REPAID.**

16. Borrower's Signature: [signature: R. T. Regalado]   Today's Date: **06/08/95**

## School Section

*To be completed by an authorized school official.*

17. School Name: **SAGINAW VALLEY STATE UNIV**
23. School Code/Branch: **002314-00**
28. Telephone Number: **(517) 790-4393**
18. Street Address: **7400 BAY ROAD**
24. Cost of Attendance: **$ 7500.00**
29. Recommended Disbursement Date(s): 1st **8-1-95**  2nd **12-11-95**  3rd —  4th —
    City: **UNIVERSITY CTR**  State: **MI**  Zip Code: **48710**
25. Federal Expected Family Contribution: **$ 0.00**
19. Loan Period: From **8-28-95** To **4-27-96**
26. Estimated Financial Aid: **$ 1755.00**
30. School Certification: Signature of Authorized School Official: [signature] **Peggy O'Neill SKO**
    Print or Type Name and Title: **Peggy O'Neill SKO**
    Date: **6-14-95**
20. Grade Level: **2**
27. Certified Loan Amounts:
    a. Subsidized $ **3500.00**
    b. Unsubsidized $ **0.00**
21. Enrollment Status: [ ] Full Time   [x] At Least Half Time
22. Anticipated Completion (Graduation) Date: **4-30-98**

Check box if electronically transmitted to guarantor: [ ]

## Lender Section

*To be completed by an authorized lending official.*

31. Lender Name:
32. Lender Code/Branch:
33. Telephone Number: ( )
34. Lender Use Only
    Street Address:
35. Amount(s) Approved:
    a. Subsidized $ .00   b. Unsubsidized $
    City:  State:  Zip Code:
    Stamp: **JUN 19 1995**
36. Signature of Authorized Lending Official:   Print or Type Name:

*Poor Source Original Document Retained*

1/31/94

LENDER COPY

I CERTIFY UNDER PENALTY OF PERJURY THAT THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL PROMISSORY NOTE

NAME: S. [illegible signature]
DATE: 9-15-09

# Application and Promissory Note for Federal Stafford Loans (subsidized and unsubsidized)

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 U.S.C. 1097.

**Guarantor or Program Identification**

GREAT LAKES HIGHER EDUCATION CORPORATION

*Please print neatly or type. Read the instructions carefully.*

## Borrower Section

1. Last Name: Regalado First Name: Ronald MI: T
2. Social Security Number: [illegible]
3. Permanent Street Address: 5545 21st
   City: Saginaw State: MI Zip Code: 48601
4. Telephone Number: (517) 754-4624
5. Loan Period: From: 1/96 To: 4/96
6. Driver's License Number: MI
7. Lender Name: Second National
8. Lender Code: 802-3439
9. Date of Birth: [illegible]
10. References:
    1. Name: Rachel Regalado — Relationship: mother
    2. Name: Mary Martinez — [address illegible] CA 95611 — Relationship: sister

Overlaid stamp: "I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL PROMISSORY NOTE."
SIGNATURE: [signature]
TITLE: COLLECTION SUPPORT SR. SUPERVISOR
DATE: AUG 17 2006

### Loan Assistance Requested

11. Loan type(s): ☒ a. Subsidized Federal Stafford   ☐ b. Unsubsidized Federal Stafford
12. Total amount: $1,750.00
13. Deferment: ☒ a. Yes, I want a deferment   ☐ b. No
14. Capitalization: ☐ a. Yes, I want my interest capitalized   ☐ b. No, I prefer to pay the interest
15. EFT: ☒ a. Yes, transfer funds   ☐ b. No, do not transfer funds

### Promissory Note

Promise to Pay: I promise to pay to the lender, or a subsequent holder of this Promissory Note, all sums disbursed (hereafter "loan" or "loans") under the terms of this Note, plus interest and other fees which may become due as provided in this Note. If I fail to make payments on this Note when due, I will also pay reasonable collection costs, including attorney's fees, court costs, and collection fees. I understand I may cancel or reduce the size of any loan by refusing to accept any disbursement that is issued. I understand that this is a Promissory Note. I will not sign this Note before reading it, including the writing on the reverse side, even if otherwise advised. I am entitled to an exact copy of this Promissory Note and the Borrower's Rights and Responsibilities. My signature certifies I have read, understand, and agree to the terms and conditions of this Application and Promissory Note, including the Borrower Certification and Authorization printed on the reverse side and the accompanying Borrower's Rights and Responsibilities statement.

**THIS IS A LOAN(S) THAT MUST BE REPAID.**

16. Borrower's Signature: [signature]
    Today's Date: 11/6/95

## School Section

17. School Name: Saginaw Valley State University
18. Street Address: 2250 Pierce Road
    City: University Center, State: MI Zip Code: 48710
19. Loan Period: From 1-8-95 To 4-27-96
20. Grade Level: 2
21. Enrollment Status: ☒ At Least Half Time   ☐ Full Time
22. Anticipated Completion Date: 4-30-99
23. School Code/Branch: 002314
24. Cost of Attendance: $3750.00
25. Federal Expected Family Contribution: $0.00
26. Estimated Financial Aid: $877.00
27. Certified Loan Amounts:
    a. Subsidized: $1750.00
    b. Unsubsidized: $0.00
28. Telephone Number: (517) 790-4103
29. Recommended Disbursement Date(s): 1st: 12.11.95  2nd: 3.4.96
30. School Certification:
    Signature: Peggy O'Neill SFO
    Print: Peggy O'Neill SFO
    Date: 11-20-95

## Lender Section

31. Lender Name:
32. Lender Code/Branch:
33. Telephone Number:
35. Amount(s) Approved:
    a. Subsidized: $ .00   b. Unsubsidized: $
36. Signature of Authorized Lending Official: D. H. Harmon
    Print: David H. Harmon, Vice President, Regional Operations

Poor Source Original Document Retained

1/31/94

LENDER COPY A

I CERTIFY UNDER PENALTY OF PERJURY THAT THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL PROMISSORY NOTE

NAME: S. The Ritchie

DATE: 9-15-09

# Application and Promissory Note for Federal Stafford Loans (subsidized and unsubsidized)

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 U.S.C. 1097.

**Guarantor or Program Identification:** ~~MICHIGAN GUARANTY AGENCY~~ MI Great Lake Higher Educ Corp. 94

## Borrower Section

*Please print neatly or type. Read the instructions carefully.*

1. Last Name: Reginaldo  First Name: Ronald  MI: —
2. Social Security Number: —
3. Permanent Street Address: 554 S. 21ST
4. Telephone Number: (517) 754-4624
5. Loan Period (Month/Year): From 8/96 To 4/97
   City: Saginaw  State: MI  Zip Code: 48601
6. Driver's License Number:
7. Lender Name/City/State/Zip: Citizens Bank Columbus OH 43218
8. Lender Code, if known: 805865
10. References:
    1. Name: Rachel (Regin...)  Permanent Address: 328 West C...  City/State/Zip: San Jose  Relationship: mother
    2. Name: Mary Martinez  Permanent Address: 03 War Admiral Ave  City/State/Zip: San Jose CA 95111

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL PROMISSORY NOTE*

SIGNATURE: [signature] Tilly Streeter
TITLE: COLLECTION SUPPORT SR SUPERVISOR
DATE: AUG 7 2006

## Loan Assistance Requested

11. I request the following loan type(s): [X] a. Subsidized Federal Stafford  [ ] b. Unsubsidized Federal Stafford
12. Total amount: $3500.00
13. Deferment: [X] a. Yes  [ ] b. No
14. Capitalization: [ ] a. Yes  [ ] b. No
15. EFT: [X] a. Yes, transfer funds  [ ] b. No

## Promissory Note

*Continued on the reverse side.*

**THIS IS A LOAN(S) THAT MUST BE REPAID.**

16. Borrower's Signature: [signature]  Today's Date: 08/15/96

## School Section

17. School Name: SAGINAW VALLEY STATE UNIV
23. School Code/Branch: 002314-00
28. Telephone Number: (517) 790-4394
18. Street Address: 7400 BAY ROAD
24. Cost of Attendance: $7700.00
29. Recommended Disbursement Date(s): 1st 8-1-96  2nd 12-1-96
    City/State/Zip: UNIVERSITY CTR, MI 48710
25. Federal Expected Family Contribution: $0.00
19. Loan Period: From 8-26-96 To 4-26-97
26. Estimated Financial Aid: $1853.00
20. Grade Level: 2
27. Certified Loan Amounts: a. Subsidized $3500.00  b. Unsubsidized $0.00
21. Enrollment Status: [X] At Least Half Time
30. School Certification: [signature] Debbie Roberts, SLO  9-27-96
22. Anticipated Completion Date: 4-30-99

## Lender Section

GREAT LAKES HIGHER EDUCATION CORP.
P.O. BOX 182174
COLUMBUS OH 43218-2174

32. Lender Code/Branch: 805865
33. Telephone Number: ( )
35. Amount(s) Approved: a. Subsidized $ .00  b. Unsubsidized $

Poor Source Original Document Retained

1/31/94

LENDER COPY



I CERTIFY UNDER PENALTY OF PERJURY THAT THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL PROMISSORY NOTE
NAME S. McKitchell  9-15-09  DATE